# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROBERT LEE POWELL**                                                                 **PLAINTIFF**

V.                    CASE NO.: 3:15CV00202-BSM-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                 **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Robert Lee Powell and against the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 11th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE