# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ROBERT LEE POWELL**                                                                            **PLAINTIFF**

**V.**                                    **CASE NO.: 3:15-CV-202-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

### ORDER

Plaintiff Robert Lee Powell has moved for an award of attorney's fees under the

Equal Access to Justice Act, 28 U.S.C. § 2412.  (Docket entry #14)  He seeks fees in the

amount of $6,012.85.  The Commissioner does not object to the amount requested.  (#16)

The Commissioner states, however, that payment should be subject to offset for any debt

Mr. Powell may owe to the Government.  (#16)

Accordingly, Mr. Powell's motion (#14) is GRANTED, and he is awarded

$6,012.85 in fees and expenses, subject to offset, if he has outstanding government debt.

DATED this 1st day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE